AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| APL Microscopic, LLC <br> *Plaintiff* <br> v. <br> LifesMiracle Group, L.P. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 2:16-cv-00099-J |

### Summons in a Civil Action

**TO:** LifesMiracle Group, L.P.

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Benjamin Davidson
5010 University Avenue, 5th Floor
Lubbock , TX 79413

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 05/20/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-00099-J

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for *(name of individual and title, if any)* Lifes Miracle Group, L.P.
was received by me on *(date)* May 20, 2016.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jeff Bennett, who is designated
by law to accept service of process on behalf of *(name of organization)* Lifes Miracle Group LP
_____ on *(date)* June 18, 2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 75.00

I declare under penalty of perjury that this information is true.

Date: 6-20-16

*Server's signature*

Lofton T. Faris - Process Server
Printed name and title

US Legal Support
P.O. Box 1053
Amarillo, TX 79105
*Server's address*

Additional information regarding attempted service, etc: